B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NMP INVESTORS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**14-1999715** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1030 LA BONITA DRIVE, SUITE 314**<br>**SAN MARCOS, CA**<br>ZIP CODE **92078** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**SAN DIEGO** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**9301 Shirley Ave, Northridge, CA** | ZIP CODE **91324** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

---
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case # : 10-09920-LA11
Debtor : NMP INVESTORS, LLC
Judge : LOUISE ADLER
Chapter : 11
Filed : June 07, 2010    15:47:48
Deputy : SEAN SLAUGHTER
Receipt # 21020
Amount $ 1,039.00

RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Southern District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10) — Page 3

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

**Signature of Attorney***

X /s/ Vatch Ch_____
Signature of Attorney for Debtor(s)
Vatche Chorbajian
Printed Name of Attorney for Debtor(s)
Law Offices of Vatche Chorbajian
Firm Name
12707 High Bluff Drive, Suite 100
San Diego, CA 92130
Address
(858) 759-8822
Telephone Number
6/7/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Stephen L. Taylor
Signature of Authorized Individual
Stephen L. Taylor
Printed Name of Authorized Individual
President / Manager
Title of Authorized Individual
6-7-10
Date

# RESOLUTION OF THE BOARD OF DIRECTORS OF
# NMP INVESTORS, LLC

### ADOPTED BY UNANIMOUS WRITTEN CONSENT

The undersigned, constituting all of the duly appointed and acting Directors of NMP INVESTORS, LLC, a California Limited Liability Company (the "COMPANY"), hereby adopt the following resolution by unanimous written consent, pursuant to the Board meeting held on May 7, 2010 and pursuant to the Bylaws of the Company.

### RECITALS

The board of directors have agreed that it is in the best interest of COMPANY to file for Chapter 11 Bankruptcy which will result in a reorganization of COMPANY.

### RESOLUTION

RESOLVED, the directors of COMPANY have unanimously agreed to file for Chapter 11 Bankruptcy in the State of California.

The undersigned agrees that this written consent shall be added to the corporate records of this COMPANY and made a part thereof.

Dated: 6-7-10

Director: _[signature]_
STEPHEN L. TAYLOR
~~PRESIDENT~~ Manager

## NMP INVESTORS, LLC

Dated: 6-7-10

Director: _____
JAMES KUBICKA
~~PRESIDENT~~ MANAGER

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  NMP Investors, LLC_____,  Case No. _____
                Debtor

                                            Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Date: 6-7-10

_____
         Debtor

*[Declaration as in Form 2]*

# FORM 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Club V SPE, LLC c/o Coastal Capital Real Estate Advisors, Inc. 85 Liberty Ship Way, Ste 106, Sausalito, CA 94965 | Chris Tokarski (415) 339-6208 85 Liberty Ship Way, Ste 106, Sausalito, CA 94965 | Secured Loan | Disputed | Secured Lender: $16,558,898, disputed

Unsecured Portion: $6,558,898.00 |
| Andrew L. Younquist Construction, Inc. 3187 Red Hill Ave, Ste 200 Costa Mesa, CA 92626 | Andrew L. Younquist (949) 629-4300 3187 Red Hill Ave, Ste 200 Costa Mesa, CA 92626 | Construction Liens | Stipulated Judgment entered on 4/2/09 by Los Angeles Superior Court | $2,900,000.00 |
| First Regional Bank Trust Services, Custodian 5950 La Place Court, Carlsbad, CA 92008 | William J. Hanna, IRA (858) 578-6424 5950 La Place Court, Carlsbad, CA 92008 | Agreement for investment return on original capital contribution | Disputed | $2,650,000.00 |
| Law Offices of Vatche Chorbajian, APC 12707 High Bluff Drive, Ste 100, San Diego, CA 92130 | Vatche Chorbajian, Esq. (858) 759-8822 12707 High Bluff Drive, Ste 100, San Diego, CA 92130 | Attorneys Fees | Disputed | $120,000.00 |
| Riverstone Residential Group P.O. Box 2706 Lynnwood, WA 98036 | Accounts Rec. Dept (425) 329-0793 P.O. Box 2706 Lynnwood, WA 98036 | Property Management Services | Disputed | $9,923.78 |
| Vantaggio HOA c/o Power Prop. Mgmt. 3023 Washington Blvd., Marina del Rey, CA 90292 | Megan Everett 3023 Washington Blvd., Marina del Rey, CA 90292 | HOA dues | Disputed | $294,673.23 |
| Robert Wisse, 19 Arrowood Circle, Ryebrook, NY 10573 | Robert Wisse 19 Arrowood Circle, Ryebrook, NY 10573 | Loan and investment return due | Disputed | $514,061.30 |
| CST Co., Inc. P.O. Box 33127 Louisville, KY 40232 | James T. Orr (202) 589-2027 P.O. Box 33127 Louisville, KY 402325 | Collections on advertising account | Disputed | $1,758.00 |
| My Best Friends Services, Inc. 11024 Balboa Blvd., Ste 154 Granada Hills, CA 91344 | (818) 353-8557 11024 Balboa Blvd., Ste 154 Granada Hills, CA 91344 | Cleaning Services | Disputed | $8,610.00 |
| Szabo Associates, Inc. 335 Lenox Rd., N.E. Atlanta, GA 30326 | Robert E. Adcock (404) 266-2464 335 Lenox Rd., N.E. Atlanta, GA 30326 | Collections on advertising account | Disputed | $17,663.76 |

# FORM 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| LA Department of Water and Power<br>P.O. Box 30808<br>Los Angeles, CA 90030 | Accounts Receivable Department<br>(800) 342-5397<br>P.O. Box 30808<br>Los Angeles, CA 90030 | Utilities | Disputed | $282.27 |
| Sicari Plumbing<br>8109 Foothill Blvd.,<br>Sunland, CA 91040 | Accounts Receivable Department<br>(818) 353-8557<br>8109 Foothill Blvd.,<br>Sunland, CA 91040 | Plumbing Services | Disputed | $1,258.00 |
| Scott Tschappat<br>19901 Cantara St.,<br>Winnetka, CA 91306 | Scott Tschappat<br>19901 Cantara St.,<br>Winnetka, CA 91306 | Repairs/Maintenance | Disputed | $300.00 |
| AT&T<br>Payment Center<br>Sacramento, CA 95887 | Accounts Receivable Department<br>Payment Center<br>Sacramento, CA 95887 | Phone Service | Disputed | $147.98 |
| Apartments 24-7.com<br>P.O. Box 2477<br>Pahrump, NV 89041 | Accounts Receivable Department<br>P.O. Box 2477<br>Pahrump, NV 89041 | Advertising | Disputed | $54.00 |
| California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257 | Mozelle Yarbrough<br>Mail Stop 315<br>P.O. Box 942857<br>Sacramento, CA 94257 | State Taxes | Disputed | $6,942.00 |
| Resident Security Deposits<br>9301 Shirley Ave- 54 Units<br>Northridge, CA 91324 | 9301 Shirley Ave- 54 Units<br>Northridge, CA 91324 | Security Deposits | Disputed | $108,000.00 |

Club V SPE LLC
care of Coastal Capital Real Estate Advisors Inc
85 Liberty Ship Way Suite 106
Sausalito, CA 94965


Andrew L Younquist Construction Inc
3187 Red Hill Ave Ste 200
Costa Mesa, CA 92626


First Regional Bank Trust Services Custodian
5950 La Place Court
Carlsbad, CA 92008


Law Offices of Vatche Chorbajian APC
12707 High Bluff Drive Suite 100
San Diego, CA 92130


Riverstone Residential Group
PO Box 2706
Lynnwood, WA 98036


Vantaggio HOA
care of Power Property Management
3023 Washington Blvd
Marina del Rey, CA 90292


Robert Wisse
19 Arrowood Circle
Ryebrook, NY 10573

CST Co Inc
PO Box 33127
Louisville, KY 402325


My Best Friends Services Inc
11024 Balboa Blvd Suite 154
Granada Hills, CA 91344


Szabo Associates Inc
335 Lenox Rd N.E.
Atlanta, GA 30326


LA Department of Water and Power
PO Box 30808
Los Angeles, CA 90030


Sicari Plumbing
8109 Foothill Blvd
Sunland, CA 91040


Scott Tschappat
19901 Cantara Street
Winnetka, CA 91306


AT&T
Payment Center
Sacramento, CA 95887


Apartments 24 7.com
PO Box 2477
Pahrump, NV 89041

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


Resident Security Deposits
9301 Shirley Avenue
Northridge, CA 91324

Case 10-09920-LA11    Filed 06/07/10    Doc 1    Pg. 11 of 14

| | |
|---|---|
| Party Name, Address and Telephone Number (CA State Bar No. If Applicable)<br>Vatche Chorbajian, Esq. SBN 134271<br>LAW OFFICES OF VATCHE CHORBAJIAN<br>12707 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 759-8822 | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>NMP INVESTORS, LLC<br><br>                                                                    Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

    1030 La Bonita Drive, Suite 314, San Marcos, California 92078

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    1030 La Bonita Drive, Suite 314, San Marcos, California 92078

3. Disclose the current business address(es) for all corporate officers:

    1030 La Bonita Drive, Suite 314, San Marcos, California 92078

4. Disclose the current business address(es) where the Debtor's books and records are located:

    1030 La Bonita Drive, Suite 314, San Marcos, California 92078

**VEN-C**

Rev. 12/99  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re  NMP INVESTORS, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   9301 Shirley Avenue, Northridge, California 91324

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

   STEPHEN L. TAYLOR
   President
   NMP Investors, LLC
   1030 La Bonita Drive, Suite 314, San Marcos, California 92078

8. Total number of attached pages of supporting documentation: ___0___

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __7th__ day of __June__, 20_10_, at __San Diego__, California.

__STEPHEN L. TAYLOR__  
Type Name of Officer

__[signature]__  
Signature of Declarant

~~PRESIDENT~~ Manager  
Position or Title of Officer

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

*None*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _San Diego_ , California.   _[signature]_
Debtor

Dated _6-7-10_

Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.